DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL A. HOLT,**
Appellant,

v.

**DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT and
ANNETTE RIVERA,**
Appellee.

No. 4D19-3929

[November 25, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Robert E. Meale, Judge; L.T. Case Nos. 19-006085-CS and 50190700973CA.

Michael A. Holt, North Lauderdale, pro se.

Douglas D. Sunshine, Assistant Attorney General, Office of the Attorney General, Tallahassee, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***